UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RONNIE EDWARD JOHNSON, JR., <br><br> Petitioner | ) Case No. CV 09-7110-DOC(RC) <br> ) <br> ) <br> ) ORDER ADOPTING REPORT AND <br> ) RECOMMENDATION OF UNITED STATES <br> ) MAGISTRATE JUDGE <br> ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a _de novo_ determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered dismissing the action for lack of personal jurisdiction.

This Court finds an appeal would not be taken in good faith, and petitioner has not made a substantial showing that he has been denied a constitutional right and the Court was not correct in its procedural

1  rulings for the reasons set forth in the Report and Recommendation.
2  Accordingly, a certificate of appealability should not issue under 28
3  U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b).  <u>Slack v. McDaniel</u>, 529
4  U.S. 473, 483, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d 542 (2000);
5  <u>Petrocelli v. Angelone</u>, 248 F.3d 877, 883-84 (9th Cir. 2001).

7       IT IS FURTHER ORDERED that the Clerk shall serve copies of this
8  Order, the Magistrate Judge's Report and Recommendation and Judgment
9  by the United States mail on petitioner.

11 DATED:    November 30, 2009

                                    /s/ David O. Carter
                                    _____
13                                    DAVID O. CARTER
                                    UNITED STATES DISTRICT JUDGE

15 R&R\09-7110.ado
   11/25/09