UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RONNIE EDWARD JOHNSON, JR., Petitioner | Case No. CV 09-7110-DOC(RC) JUDGMENT |

IT IS ADJUDGED that the action is dismissed for lack of personal jurisdiction.

DATED: November 30, 2009

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

R&R\09-7110.jud
11/2/09